**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 00-1158**

In Re: A. H. ROBINS COMPANY, INCORPORATED,

                                                    Debtor.

ELLEN PAULETTE M. FIELDS,

                                        Claimant - Appellant,

        versus

DALKON SHIELD CLAIMANTS TRUST,

                                        Trust - Appellee.

**No. 00-2279**

In Re: A. H. ROBINS COMPANY, INCORPORATED,

                                                    Debtor.

ELLEN PAULETTE M. FIELDS,

                                        Claimant - Appellant,

        versus

DALKON SHIELD CLAIMANTS TRUST,

                                        Trust - Appellee.

Appeals from the United States District Court for the Eastern District of Virginia, at Richmond. James R. Spencer, District Judge. (CA-85-1307-R)

Submitted: October 31, 2000          Decided: November 16, 2000

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Ellen Paulette M. Fields, Appellant Pro Se.  Orran Lee Brown, Sr., BOWMAN & BROOKE, L.L.P., Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ellen Paulette M. Fields appeals the district court's orders dismissing these actions for failure to state a claim upon which relief could be granted. We have reviewed the record and the district court's orders and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Fields v. Dalkon Shield Trust</u>, No. CA-85-1307-R (E.D. Va. Jan. 27, 2000, Sept. 21, 2000). Fields' motions for preparation of transcript at government expense and for payment of all damages are denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

3